CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 19 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FRED LEWIS WILSON, | ) |
| Plaintiff, | ) Case No. 7:10CV00237 |
| v. | ) |
| | ) **FINAL ORDER** |
| C/O STALLARD, ET AL., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Plaintiff's motion to amend (DE 24) is **GRANTED** and the complaint is amended to include Claim IV against the following newly named defendants: Warden Tracy Ray; Major L. Fleming; Regional Director John Garman; and Investigator Tony Adams;

2. Plaintiff's claims under 42 U.S.C. § 1983 are **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim; and all state law claims are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c);

3. Plaintiff's other pending motions (DE 30 and 31) are **DENIED**; and

4. This action is stricken from the active docket of the court.

ENTER: This 19th day of August, 2010.

/s/ Glen E. Conrad
Chief United States District Judge